Case No. 1:19-cv-02304-RM-STV Document 376-2 filed 06/17/24 USDC Colorado pg 1 of 6
Case No. 1:19-cv-02304-RM-STV Document 105-1 filed 10/20/20 USDC

EXHIBIT
(6 pages)
108

# Ethan West-Helmle
Summary of Care, generated on Oct. 18, 2020

## Patient Demographics - Male; born Feb. 11, 1982

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 1974 S University Blvd Apt 5, DENVER, CO 80210 | 310-467-0468 (Mobile) 310-467-0468 (Home) ethanwest.helmle@gmail.com shelmle18@law.du.edu | English (Preferred) | White, Other Race / Not Hispanic or Latino | Unknown |

## Note from UCHealth
This document contains information that was shared with Ethan West-Helmle. It may not contain the entire record from UCHealth.

## Reason for Visit

Reason
Memory Loss

## Consultation (Routine)

| Status | Reason | Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|---|---|
| Closed | Specialty Services Required | Neurosurgery | Diagnoses Cognitive communication deficit | Rich, Jason A, PAC 1635 Aurora Ct AOP Ste 4500, Mail Stop F727 Aurora, CO 80045 Phone: 720-848-2080 Fax: 720-724-9888 | Hoyt, Brian D, PhD 1635 Aurora Ct AOP Ste 4500, Mail Stop F727 Aurora, CO 80045 Phone: 720-848-2080 Fax: 720-724-9888 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 08/31/2018 | Procedure visit | UCHealth Neurosurgery Clinic - Anschutz Medical Center Anschutz Outpatient Pavilion 1635 Aurora Ct 4th Fl Aurora, CO 80045-2548 303-724-2305 | **Domen, Christopher Hiroshi, PhD** 12631 E 17th Ave AO1, Mail Stop C307 Aurora, CO 80045 303-724-2305 303-724-2300 (Fax) |

## Allergies - documented as of this encounter (statuses as of 10/18/2020)
No Known Allergies

## Medications - documented as of this encounter (statuses as of 10/18/2020)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| aspirin 81 mg EC tablet | Take 1 tablet by mouth daily for Cerebral Thromboembolism Prevention. | 90 tablet | 3 | 01/10/2017 | | Active |
| RIVAROXABAN (XARELTO PO) | | | 0 | | | Active |
| EMTRICITABINE/TENOFOVIR, TDF, (TRUVADA PO) | | | 0 | | | Active |
| DEXTROAMPHETAMINE/AMPHETAMINE (ADDERALL PO) | | | 0 | | | Active |

Case No. 1:19-cv-02304-RM-STV   Document 376-2   filed 06/17/24   USDC Colorado   pg 2 of 6
Case No. 1:19-cv-02304-RM-STV   Document 105-1   filed 10/20/20   USDC Colorado   pg 2 of 6

## Active Problems - documented as of this encounter (statuses as of 10/18/2020)

| Problem | Noted Date |
|---|---|
| Cognitive communication deficit | 03/28/2017 |
| Carotid thrombosis, left | 01/01/2017 |
| History of pulmonary embolism | 01/01/2017 |
| History of DVT (deep vein thrombosis) | 12/31/2016 |
| Acute ischemic left MCA stroke | 12/31/2016 |
| Internal carotid artery dissection | 12/31/2016 |

## Resolved Problems - documented as of this encounter (statuses as of 10/18/2020)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Cerebral edema | 12/31/2016 | 07/13/2017 |
| Respiratory failure | 12/31/2016 | 07/13/2017 |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Current Some Day Smoker | Cigarettes | 0.5 | | |
| Smokeless Tobacco: Never Used | | | | |

| Alcohol Use | Drinks/Week | oz/Week |
|---|---|---|
| Yes | | |

## Last Filed Vital Signs - documented in this encounter
Not on file

## Progress Notes - documented in this encounter

Domen, Christopher Hiroshi, PhD - 08/31/2018 5:00 AM MDT
Formatting of this note might be different from the original.
NEUROPSYCHOLOGICAL EVALUATION

Patient: Ethan West-Helmle
MRN: 5671848
Date of Testing: 07/20/2018

REASON FOR REFERRAL
The patient is a 36-year-old, left-handed, Caucasian man with a history of left MCA stroke in December 2016. He has been referred for neuropsychological evaluation of memory loss and cognitive dysfunction by David Case, MD at the University of Colorado Hospital.

SUMMARY OF NEUROPSYCHOLOGICAL FINDINGS AND RECOMMENDATIONS
The present test results are believed to be a valid representation of his current cognitive abilities.

The patient's currently measured intellectual functioning was within the upper end of the average range, which is generally consistent with presumed premorbid levels calculated from performance (reading ability) and demographic factors. Regarding specific neurocognitive abilities, auditory attention/working memory was variable, ranging from mildly impaired to average, while sustained visual attention was above average. Processing speed was within the normal and expected range. Within the domain of executive functioning, novel problem solving and speeded mental flexibility were both mildly impaired, response inhibition was low average, visual abstract reasoning was average, and verbal abstract reasoning was above average. Regarding memory, learning for complex verbal information (i.e., a word list) was average, with above average delayed recall (100% retention). In contrast, while immediate recall for structured verbal information (i.e., short stories) was low average, delayed recall and recognition memory were mildly impaired. Learning and recall for visual information were average. With respect to language, visual confrontation naming was mildly impaired. Even though overall accuracy during an auditory naming task was within the normal range, he demonstrated longer than expected response latencies. Fund of knowledge was mildly impaired. Phonemic verbal fluency was mildly impaired. Semantic verbal fluency and expressive vocabulary were low average. Visuospatial abilities were within the normal range.

The patient denied experiencing clinically significant symptoms of depression or anxiety.

The current test results are notable for multiple strengths and a handful of weaknesses in cognition. Regarding the latter, mild impairments were observed in simple auditory attention, speeded mental flexibility and novel problem solving (aspects of executive functioning), and spects of language abilties. Additionally, the patient exhibited mild impairment for the recall of structured verbal

material (i.e., short stories), which is likley related to his observed defcitis in language functioning. These cognitive deficits are consistent with the left MCA distribution infarcts he sustained on 12/31/16. Other contributing factors include his reported longstanding history of ADHD and daily use of marijuana, which can both negatively affect attention and working memory. As he is approximately 18 months post-stroke, continued spontaneous improvements in cognition are likely to be limited and subtle, though he may be able to achieve further functional gains through the use of compensatory strategies. Towards that end, he may consider the recommendations below.

There are several implications of the patient's cognitive difficulties on his workplace performance practicing law. He is cautioned that it may take him longer to complete tasks than it did prior to his stroke due to increased distractibility and reduced efficiency in multitasking and problem solving. He may also continue to experience mildly reduced efficiency in word-retrieval, which could intermittently affect his fluency during extemporaneous speech. Fortunately, his relative strength in verbal reasoning should serve him well in his profession, particularly if he is able to minimize the impact of his relative cognitive weaknesses.

There are several compensatory strategies that the patient may find beneficial in mitigating the impact of his cognitive difficulties on his day-to-day functioning. In order to manage his attention deficits, he is encouraged to allow himself additional time to complete tasks, to focus on one task at a time, to take frequent breaks, and to study and complete important tasks in a quiet place to minimize distractions as much as possible. He is encouraged to complete challenging mental tasks earlier in the day when he is less fatigued. While the patient denied noticing declines in his problem-solving ability, the results of this evaluation are suggestive of mild difficulties in novel problem solving. One method for addressing such difficulties is to rely on increased external structure, such as a daily routine that he adheres to, planning both productive and leisure activities for the day or week in advance, and use of checklists or planners.

As his frequent use of marijuana may be exacerbating his residual post-stroke cognitive impairments, the patient is encouraged to reduce or eliminate his use of marijuana in order to improve his cognitive functioning. He is advised that frequent marijuana use not only affects cognitive functioning (particularly attention and working memory) during the period of acute intoxication, but that these reversible impairments may persist even with total abstinence for up to 30 days after the last use.

Repeat neuropsychological testing does not appear to be warranted at this time. If the patient or his providers have concerns about cognitive decline in the future, however, the results of this evaluation would serve as a useful baseline against which any future results can be compared.

HISTORY OF PRESENTING ILLNESS
The following information is based on a clinical interview with the patient, as well as intake questionnaires and review of available medical records.

The patient was transferred to UCH from Denver Health on 12/31/16. Earlier the same day, he experienced acute onset of right sided weakness and aphasia, and a head CTA scan revealed evidence of left internal carotid artery to middle cerebral artery thrombus. Medical records indicate that the etiology of the stroke was likely related to left carotid artery dissection. The patient was administered tPA and subsequently underwent mechanical thrombectomy and left internal carotid artery/common carotid artery stent placement. The patient continued to exhibit cognitive deficits with limited insight at the time of his discharge from the hospital on 1/10/17, and it was recommended that he not to return to living alone in Colorado at that time due to need for 24 hour supervision. His parents took him to their home in Texas in order to provide further care for him there.

The patient reported continued cognitive symptoms at the time of this evaluation, describing difficulties with attention, working memory, reading comprehension, and word finding. He reported that his cognitive symptoms began acutely with his stroke and have improved significantly over time, though he does not think he has fully returned to his baseline level of cognitive functioning. Functionally, he reported independence for all instrumental activities of daily living (ADLs), including cooking, household chores, and management of his finances and medications. He continues to drive and he denied any recent adverse driving-related events (i.e., accidents, tickets, or getting lost in familiar places).

MEDICAL AND SOCIAL HISTORY
General medical hx: hypertension, DVT, bilateral pulmonary embolisms
Other neurological hx: reportedly unremarkable
Neuroimaging: a 1/4/17 brain MRI report stated, "Restricted diffusion corresponding to infarct within the left basal ganglia and anterior left temporal lobe is more prominent without new territorial involvement in these areas. Multifocal frontoparietal high cortical infarcts are again demonstrated with a few newly prominent areas of punctate restricted diffusion along the gray matter at the vertex. There is associated T2/FLAIR hyperintensity in the regions of infarct, with associated sulcal effacement and mild localized mass effect, resulting in approximately 3 mm of rightward midline shift. There is a small volume of hemorrhagic conversion within the left basal ganglia infarct."
Family hx: alcohol abuse (father)
Current medications: Adderall & Xarelto
Substance Use/Abuse: currently drinks about two alcoholic beverages weekly; reported daily marijuana use (most recent use one day before this evaluation); denies history of alcohol or recreational drug abuse
Psychiatric hx: history of performance anxiety, previously treated with individual psychotherapy
Education: will soon graduate with JD from the University of Denver; diagnosed with ADHD in childhood, denied any other history of learning difficulties

Work hx: has completed several internships in various law offices during lawschool; previously worked as an actor, model, independent film producer, and screen writer

Social hx: currently lives alone, never married, no children

## CURRENT PSYCHIATRIC/EMOTIONAL STATUS

The patient denied most symptoms of depression. He endorsed longstanding performance anxiety issues that are adequately managed. He denied more generalized symptoms of anxiety. He denied current suicidal ideation. He denied any history of hallucinations or delusions. He reported that he currently sleeps well. His appetite is slightly diminished, but his weight is relatively stable.

## BEHAVIORAL OBSERVATIONS

Arrival: Prompt, unaccompanied
Orientation: intact
Attire/Grooming/Hygiene: appropriate
Ambulation: WNL
Movement: WNL
Vision/Hearing: WNL
Affect: euthymic
Expressive Speech: normal rate, tone, rhythm
Thought Content: WNL
Ability to Provide Medical/Social History: good
Understanding/Following Directions: good
Other Test-Taking Behavior: unremarkable
Frustration Tolerance: good
Effort/Engagement: good

## PROCEDURES/TESTS ADMINISTERED

Clinical interview with the patient, Wechsler Adult Intelligence Scale-IV (WAIS-IV), Test of Premorbid Functioning (TOPF), Digit-Vigilance Test, Paced Auditory Serial Addition Test (PASAT), Delis-Kaplan Executive Function System (D-KEFS; Color-Word and Verbal Fluency subtests), Trails A & B, Wisconsin Card Sorting Test (WCST), California Verbal Learning Test-II (CVLT-II), Wechsler Memory Scale-IV (WMS-IV; Logical Memory I & II), Brief Visuospatial Memory Test-Revised (BVMT-R), Boston Naming Test, Auditory Naming Test, Judgment of Line Orientation (JLO), Beck Depression Inventory-II (BDI-II), State-Trait Anxiety Inventory (STAI), and MSVT.

## NEUROPSYCHOLOGICAL TEST RESULTS

Performance Validity Indicators

| Ability Assessed | Measure | Performance Range |
|---|---|---|
| Performance Validity | Embedded and Stand-alone measures | Within Normal Limits |

Intellectual Functioning

| Ability Assessed | Measure | Performance Range |
|---|---|---|
| Estimated Premorbid IQ | TOPF | High Average |
| Overall Intellectual Functioning | WAIS-IV FSIQ | Average |
| Verbal Comprehension | WAIS-IV VCI | High Average |
| Perceptual Reasoning | WAIS-IV PRI | Average |
| Working Memory | WAIS-IV WMI | Average |
| Processing Speed | WAIS-IV PSI | Average |

Attention and Working Memory

| Ability Assessed | Measure | Performance Range |
|---|---|---|
| Simple Auditory Attention | WAIS-IV Digit Span | Mildly Impaired |
| Mental Arithmetic/Auditory Working Memory | WAIS-IV Arithmetic | Average |
| Sustained Visual Attention | Digit-Vigilance Test-Errors | Above Average |

Information Processing Speed

| Ability Assessed | Measure | Performance Range |
|---|---|---|
| Nonverbal Learning/ Psychomotor Speed | WAIS-IV Coding | Average |
| Visual Search/Processing Speed | WAIS-IV Symbol Search | Average |
| Visual Scanning/Sequencing | Trails A | Average |
| Visual Information Processing Speed | D-KEFS Color Naming and Word Reading Trials | Average |
| Sustained Visual Processing Speed | Digit-Vigilance Test-Time | Above Average |
| Sustained Auditory Processing Speed | PASAT | Low Average |

Executive Functioning/Problem Solving

Ability Assessed Measure Performance Range
Problem Solving/Flexibility WCST Mildly Impaired
Speeded Mental Flexibility Trails B Mildly Impaired
Response Inhibition D-KEFS Color-Word Interference Low Average
Verbal Abstract Reasoning WAIS-IV Similarities Above Average
Visual Abstract Reasoning WAIS-IV Matrix Reasoning Average

Learning and Memory

Ability Assessed Measure Performance Range
Verbal List Learning-First Trial CVLT-II Trial 1 Average
Verbal List Learning CVLT-II Trials 1-5 Average
Verbal List Memory-Free Recall CVLT-II Long Delay Above Average (100% retention)
Verbal List Memory-Recognition CVLT-II Recognition Average
Verbal Story Learning WMS-IV Logical Memory I Low Average
Verbal Story Memory WMS-IV Logical Memory II Mildly Impaired (64% retention)

Visual Learning BVMT-R Trials 1-3 Average
Visual Memory-Free Recall BVMT-R Delayed Recall Average (90% retention)
Visual Memory-Recognition BVMT-R Recognition Within Normal Limits

Language Functioning

Ability Assessed Measure Performance Range
Confrontation Naming Boston Naming Test Mildly Impaired
Auditory Naming Auditory Naming Test-Correct
Auditory Naming Test-TOT Normal
Impaired
Verbal Fluency-Phonemic COWAT Mildly Impaired
Verbal Fluency-Semantic Animal Naming Low Average
Expressive Vocabulary WAIS-IV Vocabulary Low Average
Fund of Knowledge WAIS-IV Information Mildly Impaired

Visuospatial Functioning

Ability Assessed Measure Performance Range
Visuoconstruction WAIS-IV Block Design Low Average
Visual Analysis/Synthesis WAIS-IV Visual Puzzles Low Average
Visuospatial Perception JLO High Average

Psychological Test Results and Interpretation

Ability Assessed Measure Performance Range
Self-Reported Depression BDI-II Score=9; Minimal
Self-Reported Anxiety State-Trait Anxiety Inventory Normal

His responses on the BDI-II suggested that he is not currently experiencing clinically significant symptoms of depression. He did not endorse a clinically significant level of situational or dispositional anxiety.

Thank you very much for referring this interesting and pleasant patient. Please do not hesitate to contact us at 720-848-3242 with any questions or concerns.

_____

Jace Waguspack, Ph.D.
Neuropsychology Fellow
Dept. of Neurosurgery
University of Colorado School of Medicine

I reviewed the patient's history on the day of the evaluation as well as the neuropsychological testing findings and the report in detail with Dr. Waguspack. A total of two hours of neuropsychologist time was spent in interviewing the patient, integrating test results, and report preparation.

_____

Christopher H. Domen, Ph.D., ABPP-CN
Board Certified in Clinical Neuropsychology
Assistant Professor, Department of Neurosurgery

Electronically signed by Christopher Hiroshi Domen, PhD at 08/31/2018 2:45 PM MDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Pneumonia Vaccine (1 of 1 - PPSV23) | 02/11/2001 | | |
| Tdap/Td Vaccine (1 - Tdap) | 02/11/2001 | | |
| Flu Shot (#1) | 07/01/2020 | | |
| High Cholesterol Blood Test | 01/02/2022 | 01/02/2017, 12/31/2016 | |
| Recommended HIV Screening (Ages 15-65/One-time) | Completed | 02/02/2018, 01/03/2017 | |

## Results - documented in this encounter
Not on file

## Visit Diagnoses - documented in this encounter

Diagnosis
Acute ischemic left MCA stroke (HC code)

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Shawna Baker | Unknown | 210-887-3888 (Home) | Sister, Emergency Contact |

## Document Information

Primary Care Provider
**David M Ginosar MD** (Oct. 03, 2017 - Present)
303-602-8070 (Work)
303-602-8076 (Fax)
301 W 6th Avenue
Denver, CO 80204
Internal Medicine
**Denver Health Medical Center**
777 Bannock Street
Denver, CO 80204

Custodian Organization
**UCHealth**
12605 E. 16th Avenue
Aurora, CO 80045

Encounter Providers
**Christopher Hiroshi Domen PhD** (Attending)
303-724-2305 (Work)
303-724-2300 (Fax)
12631 E 17th Ave
AO1, Mail Stop C307
Aurora, CO 80045
Psychologist

Other Service Providers

Document Coverage Dates
Aug. 31, 2018

Encounter Date
Aug. 31, 2018