# THE ROBING ROOM
*where judges are judged*

Home

FAQs

Contact

Privacy Notice

Legal Notice

Rate a Federal Judge

## Hon. Raymond P. Moore

District Judge
D.Colo.

Average Rating:2.3 - 8 rating(s)

See Rating Details

See Comments

Please send me alerts on this judge
E-mail Address: _____
Register

---

**Add your own rating**

| | |
|---|---|
| E-Mail Address (will not be displayed) | _____ |
| Confirm E-mail Address | _____ |
| Zip | _____ |
| Occupation | Criminal Defense Lawyer ▾ |

**Add a comment only**

**Ratings**

| | | |
|---|---|---|
| *Temperament: | No Opinion ▾ | (1=Awful,10=Excellent) |
| *Scholarship: | No Opinion ▾ | (1=Awful,10=Excellent) |
| *Industriousness: | No Opinion ▾ | (1=Not at all industrious,10=Highly industrious) |
| *Ability to Handle Complex Litigation: | No Opinion ▾ | (1=Awful,10=Excellent) |
| *Punctuality: | No Opinion ▾ | (1=Chronic`y Late,10=Always on Time) |
| *Evenhandedness in Civil Litigation: | No Opinion ▾ | (1=Demonstrates Bias,10=Entirely Evenhanded) |
| *Evenhandedness in Criminal Litigation: | No Opinion ▾ | (1=Demonstrates Bias,10=Entirely Evenhanded) |
| Flexibility In Scheduling | No Opinion ▾ | (1=Completely Inflexible,10=Very Flexible) |
| General Inclination Regarding Bail | No Opinion ▾ | (1=Pro-Defense,10=Pro-Government) |
| General Inclination in Criminal Cases, Pre-Trial: | No Opinion ▾ | (1=Pro-Defense,10=Pro-Government) |
| Involvement in Civil Settlement Discussions: | No Opinion ▾ | (1=Least Involved,10=Most Involved) |
| General Inclination in Criminal Cases, Trial: | No Opinion ▾ | (1=Pro-Defense,10=Pro-Government) |
| General Inclination in Criminal Cases, Sentencing: | No Opinion ▾ | (1=Most Lenient,10=Most Harsh) |
| Typical Discount Off Guidelines for Cooperators: | No Opinion ▾ | (1=10%,10=100%) |

Items marked with (*) are averaged into the displayed overall rating

**Comments**

Please type what you see below:

*ckD8*    Verify text here

Submit

**What others have said about Hon. Raymond P. Moore**

**Comments**

💬Litigant
Comment #: 34162
Rating:Not Rated
Comments:
Never compare Thurgood Marshall to Clarence Thomas... As a black litigant, I rate Moore more comparable to the latter... Have no confidence if/when filing a Title VII suit and assigned to his docket... 10th Cir. Appeals will likely rubberstamp the obvious error. No such thing as JUSTICE, only SYSTEM.

Send e-mail to this poster 8/8/2021 8:53:52 PM

💬Civil Litigation - Private
Comment #: 33488
Rating:2.2 ⭐⭐
Comments:
I've told you the truth before but you refuse to publish it. He does not know anything about corporate law, yet he sides with corporations. He refuses to acknowledge facts favoring plaintiffs -- literally censoring anything anti-corporate from his opinions. No empathy to the point of sociopathy. Told me that only he (not investors) had power to remove an officer of a corp, which is not the law. Says he trusts one corp manager equally as a hundred shareholders who allege fraud by that manager. Lazy, plodding, goes off on impossible tangents and gets tangled up like a dancer falling over his own legs. HE does not know what he does not know.

Send e-mail to this poster 10/17/2020 4:00:55 AM

💬Civil Litigation - Private
Comment #: 33042
Rating:Not Rated
Comments:
Judge Moore is an embarrassment to the federal judiciary, at least as far as civil cases go. His opinions on summary judgment sound well reasoned until you see what the plaintiff actually argued. He does not follow the well established rules at treating facts in a light favorable to the non-moving party. His legal analysis, such as it is, is basically designed to give the defendant a free pass. The previous comments on this page are not off the mark.

Send e-mail to this poster 3/18/2020 6:09:54 PM

💬Criminal Defense Lawyer
Comment #: 32815
Rating:6.2 ⭐⭐⭐⭐⭐
Comments:
Judge Moore has been an extreme disappointment as a federal jurist. Though

his background is as a former federal prosecutor, civil litigator and Federal Public Defender for Colorado, he seems to have lost all sensitivity as a criminal defense lawyer (if he ever had it). He is extremely arrogant and projects that he is smarter than everybody else in the courtroom. His credentials suggested that he would make an extremely bright and fair-minded judge, but his judicial administration demonstrates otherwise. Extremely unfortunate.

Send e-mail to this poster 10/1/2019 6:31:19 PM

💬Civil Litigation - Private
Comment #: 31153
Rating:1.0 ⭐
Comments:
It's hard to describe just how awful he is. Almost like he didn't even go to lawschool - doesn't seem to grasp even the most basic concepts (such as juries decide disputed facts, judges decide the law). Takes forever to rule on anything, slowest I've ever seen, and when he does finally rule, it's like he didn't even read the briefs, and comes up with these bizarre rulings (always in favor of power). He often makes these condescending remarks in his orders to the plaintiff or the plaintiff's lawyer, but never says anything bad to the big corporation, or their lawyer. He has lots of time consuming "practice standards", and if the plaintiff's counsel doesn't follow them to a T, he will lash out at you. But when the Defendant makes the same error, he won't even say anything. He's a tyrannt, avoid at all costs if you can. He's been a huge disappointment - a lot of people expected him to be for the people based on his background, but thus far, he's proven to be even worse than the Republican judges in this District. And that's already a low bar.

Send e-mail to this poster 3/7/2019 9:37:50 AM

💬Criminal Defense Lawyer
Comment #: 28926
Rating:2.3 ⭐⭐
Comments:
Judge Moore is pompous. He loves to ehar himself talk. He thinks he is so much smarter than he actually is and is the personifion of arrogance. Neitehr the defense bar or the prosecution bar like him at all and most laugh at how arrogant he is. He walks himself into problems by constantly wanting to display his assumed superiority. What an ass!

Send e-mail to this poster 11/15/2018 9:13:06 AM

💬Civil Litigation - Private
Comment #: 25257
Rating:1.0 ⭐
Comments:
terrible judge for individual plaintiffs, but great for corporate defendants. Big corporations and their attorneys will be given the red carpet treatment - he will do everything possible to screw over the individual plaintiff. Every big corporation's summary judgment motion granted - he won't even read the plaintiff's brief, he'll just copy and paste the defendant's brief, and put his name on it.

Send e-mail to this poster 3/19/2018 8:16:54 PM

💬Civil Litigation - Private
Comment #: 25076
Rating:1.0 ⭐
Comments:
In my opinion, he's quite biased in favor of corporate America. His docket moves at the speed of molasses. He loves big corporations and will do whatever he can to screw over the little guy. He's probably a decent judge for a business v business case. But if you represent the little guy against a corporation, settle if you can, as the odds of even surviving summary judgment are slim at best.